UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:18- CR-00009 |
| | ) |
| JOSHUA MALIK COLEMAN | ) |
| | ) |
| Defendant | ) |

## WAIVER OF SPEEDY TRIAL

I, Joshua Malik Coleman, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

_____
Defendant

_____
Counsel

8-17-18
Date